UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Tracy Jackson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16-cv-1516 UNA |
| | ) | |
| Wal-Mart Associates, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above styled and numbered case was filed on September 23, 2016 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:16-cv-00244.

**IT IS FURTHER ORDERED** that cause number 4:16-cv-1516 UNA be administratively closed.

                                                                  GREGORY J. LINHARES
                                                                  CLERK OF COURT

Dated: September 26, 2016                         By: /s/ Michele Crayton
                                                          Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:16cv00244 SNLJ.**